

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 14, 2008

By Facsimile

The Honorable Denny Chin
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1020
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08
```

    Re:    United States v. Dennis Michael Nouri et al.,
           07 Cr. 1029 (DC)

Dear Judge Chin:

    Because the undersigned will be in trial from on or about January 14, 2008 through on or about January 28, 2008, and counsel for certain defendants have informed me that they need an additional 60 to 75 days to review the large amount of discovery, the Government respectfully requests that the Court postpone the January 24, 2008 conference in the above-captioned case to a date in early to mid-March 2008. The Government also moves for the exclusion of time until the next conference date, attaching a proposed order. Counsel for the defendants have informed me that they do not object to the exclusion of time.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Reed Michael Brodsky
Reed Michael Brodsky
Assistant United States Attorney
(212) 637-2492 (tel)
(212) 637-2387 (fax)

cc: Defense Counsel
(By Facsimile)

*[Handwritten:]* Adjourned to March 13, 2008, at 4:30 pm. The time until then is excluded in the interest of justice. SO ORDERED. USDJ 1/15/08

TOTAL P.02