AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

Case Number: 1:07-cr-01029

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Reeza Eric Nouri

I certify that I am admitted to practice in this court.

| 5/12/2008 | [signature] |
|---|---|
| Date | Signature |

| Daniel V. Shapiro | DS7677 |
|---|---|
| Print Name | Bar Number |

Stillman, Friedman & Shechtman, P.C., 425 Park Avenue
Address

| New York | NY | 10022 |
|---|---|---|
| City | State | Zip Code |

| (212) 223-0200 | (212) 223-1942 |
|---|---|
| Phone Number | Fax Number |