AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

## APPEARANCE

Case Number: 1:07-cr-01029

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Reeza Eric Nouri

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/12/2008 | *(signature)* |
| Date | Signature |
| | James A. Mitchell — JM4150 |
| | Print Name — Bar Number |
| | Stillman, Friedman & Shechtman, P.C. 425 Park Avenue |
| | Address |
| | New York — NY — 10022 |
| | City — State — Zip Code |
| | (212) 223-0200 — (212) 223-1942 |
| | Phone Number — Fax Number |